USCA1 Opinion

 

 September 16, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1463 JOHN N. VAN RYE, Plaintiff, Appellant, v. HAROLD B. MURPHY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ George R. Desmond on brief for appellant. _________________ Andrew G. Lizotte, Harold E. Murphy and Hanify & King, P.C. on __________________ ________________ ____________________ brief for appellee. ____________________ ____________________ Per Curiam. Upon careful review of the briefs and ___________ record, we find no error in the bankruptcy court's determination, In re Van Rye, 179 B.R. 375, 378-79 (Bankr. D. _____________ Mass. 1995), that the trustee had standing to object to the debtor's homestead exemption claim. See First National Bank ___ ___________________ v. Norris, 701 F.2d 902, 904 (11th Cir. 1983); see also In re _________ ________ _____ Duda, 182 B.R. 662, 665 n.1 (Bankr. D. Conn. 1995); In re ____ _____ Michael, 185 B.R. 830, 836-37 (Bankr. D. Mont. 1995). _______ Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-